AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Debevoise, Dickinson R. | District Court - New Jersey | 4/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination,    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| MLK, Jr. Federal Bldg. & Court <br> 50 Walnut Street <br> Newark, New Jersey 07102-0999 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Trustee | Revocable Trust (See Note VIII). |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Debevoise, Dickinson R.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | C | Interest | M | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wells Fargo, Millburn, NJ | | None | J | T | | | | | |
| 5. Wells Fargo, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | | | | | |
| 7. Williams College Pooled Income Fund #3 | C | Interest | L | T | See PartVIII | | L | | See VIII |
| 8. Wells Fargo, Summit, NJ | | None | J | T | | | | | |
| 9. ▨ N.J. State Due 8/1/20 | B | Interest | K | T | | | | | See VIII |
| 10. ▨ N.J. Health Care Auth. 07/01/20 | A | Interest | | | Redeemed | 07/15/10 | J | A | See VIII |
| 11. ▨ Monmouth Cty. Imp. Auth. 12/01/16 | B | Interest | K | T | | | | | See VIII |
| 12. ▨ N.J. Health Care Auth. 07/01/12 | B | Interest | K | T | | | | | See VIII |
| 13. ▨ Lopatcong Twp. 7/15/22 | A | Interest | | | Sold | 07/15/10 | J | A | See VIII |
| 14. Allianz, SE PFD. | B | Dividend | K | T | Buy | 07/08/10 | K | | See VIII |
| 15. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 16. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |
| 17. ▨ Trust See VIII | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▓▓▓ Trust See VIII | E | Interest | P1 | T | | | | | |
| 19. -Blackrock N.J. Munic. (BN) Bonds Fund 416 | | | | | | | | | |
| 20. -BP PLC | | | | | Sold | 06/25/10 | J | G | |
| 21. -Bristol Myers Squibb Com. | | | | | | | | | |
| 22. -Chevron Texaco Corp. Com. | | | | | | | | | |
| 23. -International Paper Com. | | | | | Sold | 06/25/10 | J | A | |
| 24. -Roxiticus Golf Club Com. | | | | | | | | | |
| 25. -Kimberly-Clark Com. | | | | | | | | | |
| 26. -Blackrock Liquidity Funds | | | | | | | | | |
| 27. ▓▓▓ Margate City 4.75% due on 2/1/17 | | | | | | | | | |
| 28. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 29. -General Dynamics Com. | | | | | | | | | |
| 30. -Johnson & Johnson Com. | | | | | | | | | |
| 31. -IBM | | | | | | | | | See VIII |
| 32. -Exelon Corp. | | | | | | | | | |
| 33. -Harbor Fund International | | | | | | | | | |
| 34. -United Technologies Com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Coca Cola | | | | | | | | | |
| 36. -Proctor & Gamble Com. | | | | | | | | | See VIII |
| 37. -McDonald Com. | | | | | | | | | |
| 38. -Federated Strat. Value (SVAAX) | | | | | | | | | |
| 39. -Bank of N.Y. Mellon | | | | | Sold | 06/25/10 | J | A | |
| 40. -AT&T Com. | | | | | | | | | |
| 41. -J.P. Morgan Chase | | | | | | | | | |
| 42. -Bergen Cty IMRT Auth 2014 | | | | | | | | | |
| 43. -Chubb Corp. | | | | | | | | | |
| 44. -General Mills | | | | | | | | | |
| 45. -Heinz | | | | | | | | | |
| 46. -Hudson City Bancorp | | | | | | | | | |
| 47. -Intel Corp. | | | | | | | | | |
| 48. -Southern Co. | | | | | | | | | |
| 49. -Union County Impt 9/01/18 | | | | | | | | | |
| 50. -N.J. Sports & Expstin 9/01/19 | | | | | | | | | |
| 51. -Pfizer, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wisdom Large Cap Fund | | | | | | | | | |
| 53. -Blackrock EQ Div #383 | | | | | | | | | |
| 54. -ISHARES Barclays Trust | | | | | | | | | |
| 55. -Franklin Tax Free TR #171 | | | | | | | | | |
| 56. -MFS Value Fund Class I | | | | | | | | | |
| 57. -ISHARES Russell Midcap FD | | | | | Buy | 06/25/10 | J | | |
| 58. -Pimco Strategy Fund | | | | | Buy | 06/25/10 | K | | |
| 59. -Fidelity Advisor Income Funds | | | | | Buy | 06/29/10 | K | | |
| 60. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 61. Hartford GPA V | A | Interest | K | T | | | | | |
| 62. Management account at PNC Bank, See VIII | | | | | | | | | See VIII |
| 63. Blackrock Money Market Fund | A | Interest | K | T | | | | | |
| 64. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 65. Chevron Texaco Corp. Com. | A | Dividend | J | T | | | | | |
| 66. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 67. Exxon Mobil Corp. Com. | A | Dividend | J | T | | | | | |
| 68. ▓▓▓ N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 70. ░░░Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 71. ░░░ Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |
| 72. General Dynamics Corp. Com. | A | Dividend | J | T | | | | | |
| 73. ░░░ Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 74. ░░░ New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 75. ░░░ Old Bridge Twp. Bd. of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |
| 76. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |
| 77. Harbor Intrl Fund II | A | Dividend | L | T | | | | | |
| 78. U.S. Treas Notes 4.25% 8/15/13 | B | Interest | K | T | | | | | |
| 79. Coca Cola | A | Dividend | K | T | | | | | |
| 80. United Technologies | A | Dividend | J | T | | | | | |
| 81. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 82. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 83. Blackrock N.J. Munn. Fd. 416 | D | Interest | N | T | | | | | |
| 84. Dupont | A | Dividend | K | T | | | | | |
| 85. ISHARES Barclays 1-3yr treas | B | Interest | | | Sold | 06/25/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MacDonalds Corp. Com. | A | Dividend | J | T | | | | | |
| 87. T. Rowe Price Summit Mun | B | Interest | L | T | Buy (add'l) | 02/18/10 | J | | |
| 88. FED Strategic Value CLA | B | Interest | | | Sold | 06/25/10 | J | A | |
| 89. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 90. Bergen County Impt Auth | A | Interest | K | T | | | | | |
| 91. Franklin Tax Free Fd 171 | A | Interest | K | T | | | | | |
| 92. Blackrock Munic Bond Fund 324 | B | Interest | L | T | Buy (add'l) | 02/18/10 | L | | |
| 93. Bristol Myers | A | Dividend | J | T | | | | | |
| 94. General Mills | A | Dividend | J | T | | | | | |
| 95. Heinz H J Co. | A | Dividend | J | T | | | | | |
| 96. Intel Corp. | A | Dividend | J | T | | | | | |
| 97. Southern Co. | A | Dividend | J | T | | | | | |
| 98. Pimco Commodity Fund | A | Dividend | K | T | Buy (add'l) | 02/18/10 | J | | |
| 99. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 100. Fidelity Advisor Inc. 279 FD | B | Interest | K | T | Buy | 06/25/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | ● =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Williams College Pooled Income Fund #3. I have set forth the December 31, 2010 market value of my payment into the Fund. I receive the income from the Fund, but upon my death it goes to Williams College. The value to me would be the value of my life interest.

During 2006 I transferred six tax exempt bonds into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death, as in my lifetime, the assets will be available to help pay for ▓▓▓▓▓▓▓ education. Because I retain complete control over the assets I have not listed them separately as part of a trust. As the assets have been used to pay college expenses some have been sold. The remaining assets are listed in lines 9-14 of Part VII.

The ▓▓▓ Trust reflects that shares of IBM and Proctor and Gamble are still part of the assets even though my April 6, 2010 Report shows that they were "Sold" in 2009. The Report should have stated "sold (part)" and is corrected accordingly. This explains the continuing presence of these assets as part of the ▓▓▓ Trust.

In the Trust and Management Accounts the Blackrock Money Market and Liquidity Funds are the equivalent of cash. The Trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, value ranges in the Management Account.

Line 62 of Part VII is simply a header for the assets listed in lines 63 to 100.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dickinson R. Debevoise**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544